# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ORA COHEN, <u>et al.</u>,**<br><br>         Plaintiffs,<br><br>    v.<br><br>**ISLAMIC REPUBLIC OF IRAN, <u>et al.</u>,**<br><br>         Defendants. | Case No. 1:12-cv-01496 (CRC) |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants pay to each Plaintiff the amount of compensatory damages set forth in the table below; and it is further

|  | **Total Compensatory Damages** |
|---|---|
| Ora Cohen | $ 12,950,000 |
| Meirav Cohen | $ 9,500,000 |
| Shira Cohen | $ 11,500,000 |
| Daniel Cohen | $ 7,500,000 |
| Orly Cohen | $ 7,500,000 |
| Elchanan Cohen | $ 5,250,000 |
| Shalom Cohen | $ 7,950,000 |
| Shokat Sadion | $ 2,500,000 |
| Neria Mohaber | $ 2,500,000 |
| Ronit Mohaber | $ 1,250,000 |
| Orly Mohaber | $ 1,250,000 |
| **TOTAL** | **$ 69,650,000** |

**ORDERED** that Defendants pay to Plaintiffs, collectively, the sum of $139,300,000 in punitive damages; and it is further

**ORDERED** that Defendants shall be jointly and severally liable for the entire judgment amount of $208,950,000; and it is further

**ORDERED** that Plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to Defendants.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   July 27, 2017