AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ORA COHEN, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 12-CV-1496 |
| ISLAMIC REPUBLIC OF IRAN, et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☑ the plaintiff *(name)* ORA COHEN, et al recover from the defendant *(name)* ISLAMIC REPUBLIC OF IRAN, et al the amount of Two Hundred Eight Nine Hundred Fifty Million and 00/100 dollars ($ 208,950,000), which includes prejudgment interest at the rate of 0.00 %, plus postjudgment interest at the rate of 0.00 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Christopher R. Cooper on a motion for Plaintiff's Motion for Default Judgment

Date: 07/28/2017

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*